# LAW OFFICES
# JOHN S. WALLENSTEIN
### 1100 Franklin Avenue, Suite 305
### Garden City, New York 11530
### (516) 742-5600 Fax (516) 742-5040
### Email: JSWallensteinEsq@outlook.com

August 13, 2020

**MEMO ENDORSED**

**BY ECF**
Hon. Kenneth M. Karas
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Jose Decena
                Docket # 19 CR 559 (KMK)

Dear Judge Karas,

    I write to respectfully request that the sentencing of Mr. Decena be rescheduled to September 14, 2020 at 2:00 PM, so that the proceeding may take place in person, rather than remotely.

    Your chambers confirms the Court's availability, and the Government has no objection.

    Thank you for your courtesy and consideration.

                                                      Respectfully yours,

                                                      JOHN S. WALLENSTEIN

JSW/hs

cc:    AUSA Courtney Heavey (by ECF)

    Granted.

    So Ordered.

    8/13/20